| Date/Time | Action | User |
|---|---|---|
| 11/19/2020 11:43:26 CST | Uploaded Correspondence To/From Charging Party (2020-11-18 1252 Email from Bionca Fleury re Case No#461-2020-00654.msg) | Morgan, Wayne |
| 11/18/2020 23:00:00 CST | Record of contact with Charging Party | Wayne Morgan |
| 11/18/2020 12:39:14 CST | Uploaded Correspondence To/From Charging Party (MsCarrieStatement.docx) | (b) (7)(C) |
| 11/17/2020 16:43:58 CST | Document Download : Correspondence To/From Charging Party (appealsodexo.pdf) | (b) (7)(C) |
| 11/17/2020 16:43:54 CST | Document Download : Correspondence To/From Charging Party (appealsodexo.pdf) | (b) (7)(C) |
| 8/11/2020 02:25:17 CST | Uploaded Evidence from witnesses provided by CP (summatext1.jpg) | (b) (7)(C) |
| 8/11/2020 02:24:19 CST | Uploaded Evidence from witnesses provided by CP (summatext2.jpg) | (b) (7)(C) |
| 8/7/2020 17:57:29 CST | Document Download : Correspondence To/From Charging Party (RE Case no#461-2020-00654.msg) | (b) (7)(C) |
| 8/7/2020 17:57:22 CST | Document Download : Correspondence To/From Charging Party (Case no#461-2020-00654.msg) | (b) (7)(C) |
| 8/7/2020 07:52:39 CST | Uploaded Correspondence To/From Charging Party (Case no#461-2020-00654.msg) | Morgan, Wayne |
| 8/7/2020 07:52:19 CST | Uploaded Correspondence To/From Charging Party (RE Case no#461-2020-00654.msg) | Morgan, Wayne |
| 8/7/2020 07:48:40 CST | PCHP Reassessment completed. Will continue investigation under the current PCHP category. | Morgan, Wayne D |
| 8/6/2020 21:54:32 CST | Document Download : Position Statement - Redacted (B Fleury v. SDH Education East_ LLC._ _461-2020-00654_Redacted.pdf) | (b) (7)(C) |
| 8/6/2020 21:53:17 CST | Document Download : Evidence from witnesses provided by CP (AppealDecision_BioncaFleury-536202001304513 (1).pdf) | (b) (7)(C) |
| 8/6/2020 18:40:38 CST | Document Download : Response to Position Statement (position statement.docx) | (b) (7)(C) |
| 8/6/2020 18:40:22 CST | Uploaded Evidence from witnesses provided by CP (AppealDecision_BioncaFleury-536202001304513 (1).pdf) | (b) (7)(C) |
| 8/6/2020 18:38:54 CST | Uploaded Response to Position Statement (position statement.docx) | (b) (7)(C) |

EXHIBIT C