I Bionca Fleury writing my position statement letter into regards of the letter written by Sodexo. The statements made by Sodexo is untrue, the reason is I was retaliated against because of hearsay, the main person Carrie Robinson that sat in the office along with me and Summa Arthur, was not questioned at all and said that none of these things were said at no time that Summa was in the office, and that I never called her out her name or made any remarks about race. Summa Arthur is not Caucasian, she's from Syria, and was told to us that her visa to stay in the country was expired in October 2019 and she's still employed with an expired Visa.

My daughter Taylor was coming to work with me in the mornings, because she went to school on UNO campus and had to be to school for 11am, she sat in my office prior to the hiring of Summa up until I was suspended, she's another witness to how I tried to train Ms. Arthur and she did not like me to correct her. I even spoke with Henry Schiro about Summa having an attitude when I try to correct her. I was the one to set her up with training classes, I printed out materials for training, I did everything I could to help her with Maximo. I called HR 2 weeks prior to her working there about my title and pay, I was doing the job of a Senior Unit clerk but was still listed as a receptionist, and was told that is the reason why I was being retaliated against, because the management did not like for anyone to go over their heads, I went through the proper chain of commands and did not receive a response from anyone, for a 1 ½ years, I asked for help in the office and management told me that the budget did not have enough to hire another person, when asking about my title and pay after numerous emails to the district manager Lisa Voskhul with no response, I reached out to HR , and then was told by my manager that they will hire another person in the office, I called HR because I was told when they hire another person I will be promoted to Senior Unit Clerk. I sat in on interviews and me and my boss at the time Henry Schiro decided to go with Summa Arthur, because she had prior knowledge of Sodexo policies and she worked with another Sodexo account. I was told by another manager that the district manager knew Summa and wanted her to work there to get rid of me. When she started, I was told that I was supposed to train her in which I did in between doing work, every time I tried to correct her, she then get mad and would confide in Tiffany Richard. Tiffany Richard was employed as the HR and payroll assistant taking over for another employee that was terminated in the front office, she was not in our office, she did not know what our day to day operations was, and she did not do Maximo she worked doing Payroll, she was not a unit clerk, I was told that her title changed after I was terminated as a Senior Unit Clerk. I was told a Senior Unit Clerk had to be with the company for at least 3 years, so when Tiffany was hired, she was not listed as a Unit Clerk she was listed as Hr. Personnel. I was told I was over Summa and the Service Center by Henry, but when Summa came in she had a title over me and was paid more on arrival then me an another former employee doing the same job.

Tiffany Richard on numerous times told management things that did not happen, when calling her about my title she told management that I said I was not going to train the new hire. I then had a conversation with my manager and told him it was not true, and Ms. Carrie also told him these things did not happen because Tiffany was on speaker phone and Ms. Carrie was sitting next to me, when I called her about my title. From that day moving forward Tiffany had an attitude that she was caught lying.

The main person that sat in our office was Carrie Robinson she was our receptionist in the service center, she worked the same days and hours as me and Summa. Me and Carrie Robinson, both did not know exactly what our titles were, Carrie was still listed as housekeeper, until I called HR, and Henry Schiro decided to change it, and he asked me what title I would like to have. I have several witnesses

EXHIBIT D

that can say about the work environment of Sodexo that anytime you go over management heads they will retaliate against you. I called Tiffany Richard about my title changing in which she told me about Summa pay that she was getting started off at 15.00 in which both me and another young lady both started off at 12.00 for the same position I was hired as, then I received a raise but no title change and I have documentation of that, after the inquiry About my title is when someone went and changed it but it did not say unit clerk until Nov 2019, I was told that in the system they only had customer service rep or unit clerk at the time, and I took someone position that was a Fleet manager, and I did the exact same work she did except for issuing out brake tags. I was told that I was not a receptionist because I did not answer the phones or radio calls, I mainly did key request and work order issues.

In addition they did not give me a paper to sign when I was being told I was being suspended, all I was told is that I had to collect some of my personal belongings and the police and the general manager escorted me to my car. I was told by the general manager to call HR for investigation to say I did not agree with the statements, and also told me to leave my big stuff because I will be back, because he knows I did not do any of these things and that it was protocol when doing investigations like this. The several witness that Summa Artur has is all friends with each other and is mostly consisted of one race. At no time did anyone provide any proof of the things I was being accused of , the person prior to me taking over she position cursed out the management team and was not fired for that, she only was fired for stealing. I have worked with different nationalities and never been accused of discrimination. I have never been fired from a job for my behavior, I have never been wrote up for my behavior at Sodexo, I have never been called into the office about treatment of others.  Why did she wait until she gotten her credentials to get into the system to say I was bullying her, she received her credentials on that Wednesday and Thursday at the close of work told Tiffany that I was bullying her, and then Friday I was being suspended.

Three days prior to this I received my yearly review and I had gotten a great review, then three days later I am being accused of these things. I have proof of Summa texting me making jokes and asking me where I got her food from, If I did all these things why trust me with your food or credit card.

Prior to me getting fired I called Lisa Voskhul to inform her that my check was incorrect that I was missing 8 hours and my last check was wrong she did not respond to any of my request.  The day she told me that I was fired, I told her that my check was wrong again and she said that it would be overnighted and that was not in the package just the letter stating I was fired. I then inquired about retrieving some of my belonging and she stated that oh you did not get all your things when you left and told me to call Monday to get my things. I still did not receive the correct payment of my check and no one is responding to my request of my check.


I was told after I got fired that she Summa did not think that it would have blow up this bad she wanted them to write me up or she wanted to be moved to the front office. I have witness to her lying about me, just recently, I was invited to submit a application with a new company that took over Sodexo's contract, I went on campus to fill out the application, and while I was on campus I stopped to say hi to my old workers, I only stayed for 5 min and left off campus. I was called around 12 noon that campus police came looking for a disgruntled worker, in which Ms. Carrie told them it was a lie, I came in to say hi and left, the

officer name is Hingle and was told nothing was going on and that I was gone long ago. Summa has been proven to be a liar, and the company did not investigate this correctly and was retaliating on me based on my race, because all the people of color that told them these things did not happen they did not take their statement. The main person who sits in the office that knows about what is going on was Ms. Carrie and my daughter no one else was in the office for long periods of time.  Anytime someone of color is fired they are automatically escorted off campus and we have to be on lockdown, and no one of Caucasian decent has ever been fired been escorted off campus, they do it quietly, no one finds out till a while after. I have proof of the allegations are false and a list of witnesses.

I also had applied for unemployment and was granted unemployment, A month later Sodexo tried to Appeal the unemployment decision, and I had to send in evidence that it was not my own fault that I  was fired, we then received a phone hearing for the decision to continue benefit or end benefits, Sodexo could not determine that it was my own fault for getting fired so I was granted my unemployment by a Unemployment Judge. I spoken to the judge and was told that Sodexo could not show proof of why I should not receive my unemployment benefits and that I was not at fault for getting fired she said they could not prove that so the case was dismissed and I continued receiving my unemployment. She also asked if I filed charges because she said that they did not investigate this correctly and she believes I was fired for wrong reasons. I have the paperwork from unemployment and it states that if you're the reason you're fired you cannot collect unemployment, you have to be fired by no fault of your own, and if Sodexo believed I did do wrong they could have stopped my unemployment benefits, but they did not and allow me to receive them,  they could not produce any proof of any allegations that were made.

I have produce a list of witness and phone numbers for those who was around and can testify about my situation.


Thank You


Bionca Fleury