UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BIONCA FLEURY** | * | CIVIL ACTION NO. |
| | * | 2:21-cv-02373 |
| **VERSES** | * | |
| | * | Judge Sarah S. Vance |
| **SODEXO, INC.** | * | |
| | * | Mag. Judge Karen Wells Roby |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

Sodexo, Inc.[1] ("Sodexo") submits this motion to compel Plaintiff Bionca Fleury to provide immediate responses to the discovery Sodexo first sent to her on December 1, 2022, <u>over five months ago</u>. To date, Plaintiff has not responded at all to this written discovery; in fact, she has refused to even provide signed authorizations so that Sodexo could begin obtaining records from third parties.

For the reasons set forth more fully in the accompanying memorandum in support, Plaintiff should be ordered to immediately respond to Sodexo's written discovery, sign the routine authorizations, and reimburse Sodexo for its reasonable attorney's fees incurred in preparing and filing this motion.

---

[1] Plaintiff's Complaint and proposed Amended Complaint (R. Doc. 23-3) incorrectly name "Sodexo, Inc." as the defendant. The correct defendant is SDH Education East, LLC ("SDH"), a Delaware limited liability company licensed to do business in the State of Louisiana, the Sodexo subsidiary that employed Plaintiff and through which Plaintiff was paid.

2

Respectfully Submitted:

*/s/ Leslie W. Ehret*

Leslie W. Ehret (La. Bar No. 18494)
Benjamin M. Castoriano (La. Bar No. 31093)
lehret@frilot.com
bcastoriano@frilot.com
FRILOT, L.L.C.
1100 Poydras Street, Suite 3800
New Orleans, Louisiana 70163
Tel.: (504) 599-8203; Fax: (504) 599-8263

**Counsel for SDH Education East, LLC and Sodexo, Inc.**