Exhibit F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BIONCA FLEURY | * | CIVIL ACTION NO. |
| | * | 2:21-cv-02373 |
| VERSES | * | |
| | * | Judge Sarah S. Vance |
| SODEXO, INC. | * | |
| | * | Mag. Judge Karen Wells Roby |

* * * * * * * * * * * * * * * * *

## DECLARATION OF CARRIE ROBINSON

Pursuant to 28 U.S.C. § 1746, I, Carrie Robinson, hereby declare under penalty of perjury under the laws of the United States of America that the following facts are within my personal knowledge and are true and correct:

1. I am of legal age and competent to make this declaration, and I have personal knowledge of the matters set forth below.

2. I know Bionca Fleury personally, and I was a co-worker of Ms. Fleury at Sodexo for an extensive period.

3. I have reviewed, on the date I signed this declaration, the statement attached to this Declaration as "Exhibit A" that indicates it was written by me.

4. I did not write the statement contained in Exhibit A.

5. I never saw, and certainly never reviewed, the statement contained in Exhibit A until it was shown to me by Sodexo on the date I signed this declaration. Prior to this date, I had never seen the statement or its contents.

6. I never approved the statement contained in Exhibit A.

7. I never approved the submission of the statement contained in Exhibit A to the EEOC.

EXHIBIT "B"

Pursuant to 28 U.S.C. §1746, I, Carrie Robinson, declare under penalty of perjury that the foregoing is true and correct.

Signed this 5/5/23 day of May, 2023.

_____
CARRIE ROBINSON

2

To whom it may concern,

I Carrie Robinson, is writing this as a statement on behalf of Bionca Fleury, this is my recollection of events, up until her untimely dismissal from Sodexo. I am one of the only witnesses other than her daughter Taylor that was in the office with Bionca Fleury and Summa Arthur.

I first met Bionca when she first started working for Sodexo, I used to work in the front office, so I did her new hire paperwork, and I did remember her from her previous job at Burger King where she was a Assistant Manager, since before being employed with our company, she always seemed nice and respectful to others.

When she first started at Sodexo, the hiring Manager, wanted her to be a supervisor for the housekeeping crew, and she declined because she said she did not have experience in housekeeping, so she was offered the Unit Clerk position. She worked in the Service Center, and she did great not one time we have had any complaints from customers, she learned the work fast she was a great employee. Within in her working for a few months one of the employees name Keshia Eadie was fired for stealing, I used to work with Keshia in the same position as Bionca, but had to get removed due to Keshia threaten and cursing me and a few members of management out. Therefore, I do not understand that why was Bionca fired for something she did not do. Keshia was allowed to continue working until she was fired for stealing, I think if she never stolen anything she would have still been employed after I showed proof of her threaten me and my daughter Nakita Aultman who was the EVS Supervisor. I was moved to the front office until after she was fired, I was reassigned back to the Service Center to help Bionca. We worked together for a year and we got along great we knew about each other lives, her kids think of me as an extended grandma, we talk on the weekends, and she was always cooking for everyone. She has never gotten out the way with anyone at the job, even if she was frustrated, she would just step outside and take a deep breath. She has never disrespected anyone not even customers, she used to go to customers offices 3 or 4 times to help them with the work order system.

All our university customers was upset that she was fired, they all said if they need to speak with them to contact them, because anytime they call her she would drop what she was doing to help someone, she knew everyone voice by heart.

What started all of this is that it was time for raises and promotions, and also Bionca needed to take time off, and when she did no work was being done because no one knew how to do the work, so when she did take a day off her work will pile up, when she did request a day off she would get the 3rd degree of why she needed off for what reason and how long , no one else had that issue, it was told to us that no one knew the work and could not get anything done. So she asked for help someone who could create work request, it was told by me and Bionca, by our supervisor Henry Schiro that management told him that there's no money in the budget for a new person that we had to do what we had to do, this was few months prior. That is when Bionca asked what was her title because she was being told that she had to go to mandatory managers meetings held on Tuesdays, and if she was busy she would miss them because they did not tell her it was mandatory until after she missed, so when she look in the system she was listed as a Receptionist even though the position she took over from Keshia was listed

EXHIBIT A

different when she received the last promotion when I was assigned to work in the Service Center she was moved into Keshia's office prior. Keshia was listed as a Fleet Manager but was told to me and Bionca that it was a made-up title. So when Henry look in the system he told both of us that they had a limited selections that its either Unit Clerk or Customer Service Representative, and that the CSR position was for the food service, so Unit clerk would be the position, and he stated to Bionca that she would not want the CSR for her resume, that she would want Unit Clerk. So she spoke with Tiffany Richard about it and said she just wanted to make sure she had the correct title and pay, and she told her that Henry would have to go into the system and change it, but then Henry said Tiffany had to change it because she was the Human Resources person.  Then one day we had a water line break and our offices was flooded, we was backed up on work a lot she was not able to log into her computer or anyone else's, so a lot of work it was a mess. So then Henry went to the General Manager and said that we needed help and they decided to put the position up on job board, at that time Henry told Bionca in front of Nakita Aultman that when they hire a new person they would change her title to Senior Unit Clerk with a pay increase. The resumes came flooding in, Henry would call Bionca to look over them, the ones he picked, and scheduled 2 for the following week, Bionca sat in on those interviews, and Henry told the interviewees that the position pay rate was 12.00 per hour, which the first 2 women was African American. Henry did not like any of the choices, so he came into our office one evening and asked Bionca to look over 2 resumes, one was for a friend daughter of his and another was Summa Arthur, his friend daughter declined the position because of the pay rate. So he scheduled a interview with Summa Arthur, Bionca was off the day of her interview so she came in on her off day, and she sat in the interview where Henry told Summa that the position pay rate was 15.00 per hour, so Bionca sat there confused like how can she make more than what others started out at and more than what I was making to do the same job. So, the next day Henry asked Bionca what she thought she told him to do more interviews and that she already worked for the company before, she may not be able to be rehired. Eventually Henry decided to go with Summa, we did not know until Tiffany called our offices and said your new person just did their new hire paperwork. Me and Bionca was confused on how she can come in making more than me and she is making more than what Bionca started off as, Bionca started off at 12.00 per hour doing the same as what Summa would be doing. Bionca requested a quick meeting with Lisa our district manager about the pay to tell her it seem unfair that she came in making more than me and what Bionca started off with to do the exact same job, Lisa stated she did not know they was hiring another person and that there was no money in the budget she made it seem like Henry and Don went behind her back, she then told both of us she would get back to us and never did.  Bionca went to Henry about her title and pay rate, and he did not say anything about changing her title or pay rate. So she went to Lisa our district manager and asked about the Senior Unit Clerk position, she emailed her several times and she did not respond either, and that's when she called the People Center a hot line for Sodexo employees, and asked them about if someone told her they will change her title and pay, can they not do it. The People Center must have contacted Lisa about Bionca concerns, because later that week Lisa called to speak with her, she told her that to be a Senior Unit Clerk you would have to be employed with Sodexo for at least 2 years, and that Bionca was not qualified for the position, but in fact she was Qualified, she had to attend managers meetings, she had to do managers reports.  When Tiffany was hired, she was hired as the Hr. assistant, she just became a Senior Unit Clerk after Bionca was fired to make it seem like she been was that in which she was not. That's when Henry asked what title she like a Customer Service Rep or Unit Clerk would, and she was like which one goes with what I'm doing, still was not changed. She spoke again with Tiffany and Tiffany was like oh the new girl going to

be making 15.00 per hour and we was like she making more than me, and we started asking her about when the titles would be changed and if Bionca was responsible for training, Bionca was concerned because she did not take the training class the Managers did not want to pay for her to go out of state to take the course where she would be certified to train. So Tiffany went and told the managers that Bionca had a problem thinking she was getting replaced so Henry called her in the office to tell her she was not going anywhere, and Bionca said she did not ask Tiffany anything about that she asked when her title was going to get changed and what it was going to be changed to. Tiffany a lot of times discusses private things that should not be told to others with coworkers she's the Human Resources officer some things from my understanding supposed to confidential.

Summa started working, and soon as she started, they fast tracked her normally you must wait 2 weeks for a company email address, she was given hers within 3 days, they made sure she had everything. The only thing that took her a while to get was her credentials to do work orders she had to do 4 weeks of training to receive that. One the first day Bionca showed her around told her to shadow her to see how everything went, my observation they got along great they used to laugh and talk all the time, Summa even gave Bionca her credit card to get some food for lunch, Bionca was our lunch runner. Bionca and her used to text each other on the phones. I and Bionca supplied cold drinks, water and snacks for everyone that came in the office. Most of the maintenance techs come in the office in the evening and we talk about life how different it is from when I was growing up. No one ever made Summa feel like she was not apart of things, I think she was jealous because Bionca had a lot of attention, and everyone would go to her for their problems whether it was work or anything, she would get phone calls all day from customers, and a few of the customers complained about Summa. When Summa started training Bionca was the one to sign her up for classes, none of the managers knew how to sign her up, so Bionca was responsible for setting her up. I have seen Bionca worked closely with her, my desk was right across from Summa desk in front of Bionca's office. I told Bionca one day if Keshia would have trained me like she was training Summa I might have known the work better, because she printed out material, wrote instructions on how to do it, and she made screenshots, that she was using after Bionca was fired. If it wasn't Summa would not be able to do her job. Bionca's daughter Taylor used to sit in her office from 8:30am -11am because she went to school on UNO campus so she just took the ride with her in the mornings, so she is another witness to how Summa is lying about Bionca making her job miserable, I have never heard her curse at her, I never heard her be ugly to her, Bionca is more goofy and laughable then mean person, she always have had a smile even when she was sad, I have wiped tears in Bionca face when she had issues trying to buy a house, so this person that they are saying she is, is a complete lie she is just not that person, I would think that person would have a track record of behavior issues, I was responsible for employees folders she never had a write up or anything in her folder. Just before Bionca was suspended we all had plans to show Summa around since she said she did not know where the mall was at. Bionca even invited her to Thanksgiving with her family, since she said she doesn't have family here. We did not know she was from Syria until she said she needed to take her citizenship test, and she took it and failed it and was asking questions about government issues, that she thought she failed on the test.


The week that Bionca got suspended, Summa just received her credentials to access the work order program, on that Tuesday, but she was not able to log in until Wednesday, Bionca was still showing her a few things on that day she allowed her to take over the work to see if she can do it and if she needed

help in some areas. Bionca corrected her a few times about the work, but she did it in a nice way, just showed her how it was done and why it was done like it was. On Thursday, she allowed her to take over for the day, while Bionca was processing PMs, she told Summa just holler at her if she needed any help or had any questions. As we were leaving for the day, Me and Bionca was discussing one of her relatives that had a sick baby, I was asking how the baby was doing, and we just proceeded to talk about that while closing the office, me and Bionca noticed that Summa went outside and tried to getting into the stock room where Henry , she turned around and said Oh he must be busy we proceeded to walk to our cars to drive to the clock out station, she sat in her car while me and Bionca clocked out on the phone. The next day, everything was normal she text me and said she was going to be late, I found it strange because I am not the manager, and Bionca was over her, but I just went on with my day, not knowing she was in the front office the whole time. Around 2pm after lunch, I was told to leave out the by Henry and Don and go in the back because they needed to speak with Bionca, the next thing they come and get me and said Bionca is on suspension pending investigation, and I went back to my desk. I was told to lock the doors and we was on lockdown, I am thinking why every time someone black gets fired we have be on lockdown and when someone white gets fired no one knows until way after and that is if they do. I was only asked one time like passing by Don, He asked me if I ever seen Bionca threaten anyone, I said no, she has never talked like that around me and I was with her every day, she mostly was in her office, we ate in our office and worked in our office. That's the last time someone asked me about the situation, I am the main witness to what goes on in the office, when corporate was calling people to come down to the main office, I was never called, I never gave a statement, so how did they do a complete investigation without asking the main person, they asked everyone that does not sit in our office, and most of the people was called was white that only came in our office for no more than 10 minutes, so how can they be creditable witnesses.  After she was fired Summa said she was tired of moving back and forth from offices, when Bionca came to pick up all her belongings, they made us leave the office. Soon as Summa returned to the office, they cleaned Bionca old office and gave Summa new furniture. Bionca had been asking for a scanner for her work for 1 year, and did not receive it, but soon as Summa said she needed it they went and bought one for her, that she didn't need because she was not doing some of the work that Bionca did with the University. Soon after Henry quit it was told to us that he did not like what was going on, and that management targets people they think undermined their authority.

One of the managers told Bionca a month before this happened when she called the People Center that she would have a target on her back, that they was upset that she went over their heads, in which she didn't she spoke to everyone and was getting the run around. We just knew after the investigation that Bionca would be back at work, because she was innocent, she was not this person that Summa and her friends are saying she is. Greg, Tiffany and Summa just started working there and they were friends, and I heard more curse words out of those 3 than hearing at a bar.

After that I have kept in contact with Bionca, she has went made groceries for me because I was sick, she is just that type of person, and its sad that she has lost her job due to lies.

Bionca visited me one day at work, because she was on campus for a job interview, she only stayed for 5 minutes and left we talked about her kids and how everyone was doing, and she left. Less than an hour

later, the campus police was running into the office saying they had a report that there was a disgruntled ex-worker threaten people, in which I told them no one was here threatening anyone that Bionca been gone for about an hour, and the Liaison for the campus called and asked Summa did she call Tiffany and said that Bionca threaten her and she stated no, then Ms. Debra got on the phone with me and I told her Bionca did not even look or speak to her. Ms. Debra was upset she confronted the management about making false claims and stated someone could have lost their lives by doing something like that, Summa said she told Tiffany that Bionca was threatening her and someone else who was not there and I told Summa that I cannot condone such behavior like that, and if it doesn't have anything to do with Sodexo, I do not want to be involved in it.

I have recently had a stroke and been wrote this letter for Bionca, but I needed to add some more things on it, I do not think she was fired for the correct reasons that it was a witch hunt. Bionca's character is the type that you would love to work with, she's not a bully she's more goofy than anything, she would tell jokes but it would be about herself about crazy stuff she did, but never once I have heard her curse threaten, or be mean to someone. I know her from on and off work grounds, and the most I see everyone that she has come in contact loves her she makes people laugh and when they need a person to talk to she's there to listen.