**Exhibit E**

| Date/Time | Action | User |
|---|---|---|
| 3/29/2022 11:50:26 CST | FOIA Requested for FOIA number 461-2022-006684 | Foia User |
| 9/22/2021 09:55:35 CST | Document Download : Closure Notice/NRTS (2021-08-26 161 (461-2020-00654) (1).pdf | Brignac, Shwann |
| 8/26/2021 14:40:02 CST | Viewed Closure Notice/NRTS | RESPONDENT |
| 8/26/2021 14:40:02 CST | Document Download : Closure Notice/NRTS (2021-08-26 161 (461-2020-00654) (1).pdf | Respondent |
| 8/26/2021 14:39:55 CST | EEOC has completed the investigation of this charge. Please review the Notice of Right to Sue for details. | RESPONDENT |
| 8/26/2021 14:39:54 CST | Respondent logged in | RESPONDENT |
| 8/26/2021 14:12:07 CST | Uploaded Closure Notice/NRTS (2021-08-26 161 (461-2020-00654) (1).pdf | Morgan, Wayne |
| 8/26/2021 14:11:49 CST | Uploaded Recommendation for Dismissal (Form 291) (2021-08-26 291 (461-2020-00654) (1).pdf | Morgan, Wayne |
| 8/26/2021 13:12:44 CST | Document Download : Charge of Discrimination (Signed Charge of Discrimination.pdf) | Morgan, Wayne |
| 8/26/2021 12:51:06 CST | Document Download : Response to Position Statement (position statement.docx) | Morgan, Wayne |
| 8/26/2021 12:50:57 CST | Document Download : Position Statement Attachments - Confidential (Confidential Exhibits - Bionca C. Fleury v. SDH Education East_ LLC_ _ 461-2020-00654.pdf) | Morgan, Wayne |
| 8/26/2021 12:50:36 CST | Document Download : Position Statement (B Fleury v. SDH Education East_ LLC._ _461-2020-00654.pdf) | Morgan, Wayne |
| 8/26/2021 12:50:17 CST | Document Download : Charge of Discrimination (Signed Charge of Discrimination.pdf) | Morgan, Wayne |
| 8/25/2021 23:00:00 CST | Final Determination counseling date added | Wayne Morgan |
| 8/25/2021 23:00:00 CST | Charge has been closed with reason No Cause Finding | Shwann Brignac |
| 8/25/2021 23:00:00 CST | Allegation Title VII Race-Black/African American Discharge closed with No Cause Finding | Shwann Brignac |
| 8/25/2021 23:00:00 CST | Allegation Title VII Race-Black/African American Suspension closed with No Cause Finding | Shwann Brignac |

| Date/Time | Action | User |
|---|---|---|
| 7/16/2021 12:59:23 CST | Upon further review, this charge is deemed ineligible for mediation at this time and will be investigated by EEOC. You may be notified later to respond to a Request for Information or other investig Show More | RESPONDENT |
| 7/16/2021 12:59:22 CST | Respondent logged in | RESPONDENT |
| 4/26/2021 17:27:25 CST | Document Download : Charge of Discrimination (Signed Charge of Discrimination.pdf) | Fleury, Bionca |
| 4/8/2021 12:21:58 CST | Document Download : Response to Position Statement (position statement.docx) | Morgan, Wayne |
| 4/8/2021 12:21:48 CST | Document Download : Position Statement Attachments - Confidential (Confidential Exhibits - Bionca C. Fleury v. SDH Education East_ LLC_ _ 461-2020-00654.pdf) | Morgan, Wayne |
| 4/8/2021 12:21:27 CST | Document Download : Position Statement (B Fleury v. SDH Education East_ LLC._ _461-2020-00654.pdf) | Morgan, Wayne |
| 4/8/2021 12:20:59 CST | Document Download : Evidence from witnesses provided by CP (summatext1.jpg) | Morgan, Wayne |
| 4/8/2021 12:20:52 CST | Document Download : Evidence from witnesses provided by CP (summatext2.jpg) | Morgan, Wayne |
| 4/8/2021 12:20:41 CST | Document Download : Evidence from witnesses provided by CP (witness2.docx) | Morgan, Wayne |
| 4/8/2021 12:20:33 CST | Document Download : Evidence from witnesses provided by CP (AppealDecision_BioncaFleury-536202001304513 (1).pdf) | Morgan, Wayne |
| 4/8/2021 12:19:55 CST | Document Download : Correspondence To/From Charging Party (MsCarrieStatement.docx) | Morgan, Wayne |
| 4/8/2021 12:19:36 CST | Document Download : Correspondence To/From Charging Party (appealsodexo.pdf) | Morgan, Wayne |
| 4/8/2021 12:19:01 CST | Document Download : Charge of Discrimination (Signed Charge of Discrimination.pdf) | Morgan, Wayne |
| 1/18/2021 17:35:29 CST | Document Download : Charge of Discrimination (Signed Charge of Discrimination.pdf) | bfleury1223@gmail.com |
| 1/18/2021 17:24:04 CST | Document Download : Charge of Discrimination (Signed Charge of Discrimination.pdf) | bfleury1223@gmail.com |
| 12/11/2020 12:49:18 CST | Document Download : Charge of Discrimination (Signed Charge of Discrimination.pdf) | bfleury1223@gmail.com |
| 12/11/2020 12:48:35 CST | Document Download : Correspondence To/From Charging Party (2020-11-18 1252 Email from Bionca Fleury re Case No#461-2020-00654.msg)  **Email (Plaintiff)** | bfleury1223@gmail.com |

| Date/Time | Action | User |
|---|---|---|
| 11/19/2020 11:43:26 CST | Uploaded Correspondence To/From Charging Party (2020-11-18 1252 Email from Bionca Fleury re Case No#461-2020-00654.msg)  Email (Plaintiff) | Morgan, Wayne |
| 11/18/2020 23:00:00 CST | Record of contact with Charging Party | Wayne Morgan |
| 11/18/2020 12:39:14 CST | Uploaded Correspondence To/From Charging Party (MsCarrieStatement.docx) | bfleury1223@gmail.com |
| 11/17/2020 16:43:58 CST | Document Download : Correspondence To/From Charging Party (appealsodexo.pdf) | bfleury1223@gmail.com |
| 11/17/2020 16:43:54 CST | Document Download : Correspondence To/From Charging Party (appealsodexo.pdf) | bfleury1223@gmail.com |
| 8/11/2020 02:25:17 CST | Uploaded Evidence from witnesses provided by CP (summatext1.jpg) | bfleury1223@gmail.com |
| 8/11/2020 02:24:19 CST | Uploaded Evidence from witnesses provided by CP (summatext2.jpg) | bfleury1223@gmail.com |
| 8/7/2020 17:57:29 CST | Document Download : Correspondence To/From Charging Party (RE Case no#461-2020-00654.msg)  Email (Plaintiff) | bfleury1223@gmail.com |
| 8/7/2020 17:57:22 CST | Document Download : Correspondence To/From Charging Party (Case no#461-2020-00654.msg)  Email (Plainitff) | bfleury1223@gmail.com |
| 8/7/2020 07:52:39 CST | Uploaded Correspondence To/From Charging Party (Case no#461-2020-00654.msg)  Email (Plaintff) | Morgan, Wayne |
| 8/7/2020 07:52:19 CST | Uploaded Correspondence To/From Charging Party (RE Case no#461-2020-00654.msg)  Email (Plaintiff) | Morgan, Wayne |
| 8/7/2020 07:48:40 CST | PCHP Reassessment completed. Will continue investigation under the current PCHP category. | Morgan, Wayne D |
| 8/6/2020 21:54:32 CST | Document Download : Position Statement - Redacted (B Fleury v. SDH Education East_ LLC._ _461-2020-00654_Redacted.pdf) | bfleury1223@gmail.com |
| 8/6/2020 21:53:17 CST | Document Download : Evidence from witnesses provided by CP (AppealDecision_BioncaFleury-536202001304513 (1).pdf) | bfleury1223@gmail.com |
| 8/6/2020 18:40:38 CST | Document Download : Response to Position Statement (position statement.docx) | bfleury1223@gmail.com |
| 8/6/2020 18:40:22 CST | Uploaded Evidence from witnesses provided by CP (AppealDecision_BioncaFleury-536202001304513 (1).pdf) | bfleury1223@gmail.com |
| 8/6/2020 18:38:54 CST | Uploaded Response to Position Statement (position statement.docx) | bfleury1223@gmail.com |

| Date/Time | Action | User |
|---|---|---|
| 8/6/2020 18:33:34 CST | Document Download : Correspondence To/From Charging Party (appealsodexo.pdf) | bfleury1223@gmail.com |
| 8/6/2020 15:02:25 CST | Document Download : Position Statement - Redacted (B Fleury v. SDH Education East_ LLC._ _461-2020-00654_Redacted.pdf) | bfleury1223@gmail.com |
| 8/6/2020 15:02:18 CST | Document Download : Position Statement - Redacted (B Fleury v. SDH Education East_ LLC._ _461-2020-00654_Redacted.pdf) | bfleury1223@gmail.com |
| 8/6/2020 15:02:07 CST | Document Download : Position Statement - Redacted (B Fleury v. SDH Education East_ LLC._ _461-2020-00654_Redacted.pdf) | bfleury1223@gmail.com |
| 7/15/2020 19:31:09 CST | Uploaded Position Statement - Redacted (B Fleury v. SDH Education East_ LLC._ _461-2020-00654_Redacted.pdf) | Morgan, Wayne |
| 7/15/2020 18:58:28 CST | Document Download : Position Statement (B Fleury v. SDH Education East_ LLC._ _461-2020-00654.pdf) | Morgan, Wayne |
| 6/21/2020 23:00:00 CST | Case assigned to Wayne D. Morgan | Ligita Landry |
| 6/13/2020 23:00:00 CST | Case assigned to Enforcement Investigator | Ligita Landry |
| 5/21/2020 17:24:01 CST | Email sent to bfleury1223@gmail.com : You Have Requested a Position Statement for Your Charge 461-2020-00654 | bfleury1223@gmail.com-CP |
| 5/21/2020 17:23:55 CST | Charging Party Chose to receive the Position Statement | bfleury1223@gmail.com-CP |
| 5/21/2020 15:31:22 CST | Sent document upload confirmation to kim.hansen@sodexo.com | RESPONDENT |
| 5/21/2020 15:31:21 CST | Uploaded Position Statement Attachments - Confidential (Confidential Exhibits - Bionca C. Fleury v. SDH Education East, LLC, # 461-2020-00654) | RESPONDENT |
| 5/21/2020 15:29:25 CST | Email sent to bfleury1223@gmail.com : Position Statement Requested for Your Charge 461-2020-00654 | RESPONDENT  **However, the user is identifed as respondent, not the Plainitff.** |
| 5/21/2020 15:29:19 CST | Sent document upload confirmation to kim.hansen@sodexo.com | RESPONDENT |
| 5/21/2020 15:29:14 CST | Uploaded Position Statement (B Fleury v. SDH Education East, LLC., #461-2020-00654) | RESPONDENT |
| 5/21/2020 15:26:32 CST | Upon further review, this charge is deemed ineligible for mediation at this time and will be investigated by EEOC. Please provide a statement of your position on the issues covered in the charge, with Show More | RESPONDENT |
| 5/21/2020 15:26:30 CST | Respondent logged in | RESPONDENT |

Fleury-000198

| Date/Time | Action | User |
|---|---|---|
| 5/20/2020 23:00:00 CST | Position Statement uploaded | Migration User |
| 5/11/2020 14:17:05 CST | Document Download : Charge of Discrimination (Signed Charge of Discrimination.pdf) | bfleury1223@gmail.com |
| 5/11/2020 14:16:51 CST | Document Download : Charge of Discrimination (Signed Charge of Discrimination.pdf) | bfleury1223@gmail.com |
| 5/11/2020 14:16:15 CST | Confirmation email sent to jpgorham@jpgorhamlawfirm.com to verify representation of CP. | EEOC |
| 5/11/2020 14:16:14 CST | New Representative got added. Status of this repesentative set to:UCR | bfleury1223@gmail.com-CP |
| 4/28/2020 20:51:35 CST | Uploaded Extension Request - Position Statement or RFI (2020-04-28_Extension Request_461-2020-00654.msg) | Landry, Ligita |
| 4/28/2020 20:50:26 CST | Position Statement due date changed to 22-MAY-20. | Landry, Ligita D |
| 4/27/2020 14:49:23 CST | Upon further review, this charge is deemed ineligible for mediation at this time and will be investigated by EEOC. Please provide a statement of your position on the issues covered in the charge, with Show More | RESPONDENT |
| 4/27/2020 14:49:22 CST | Respondent logged in | RESPONDENT |
| 4/27/2020 14:47:32 CST | Mediation changed to No Longer Eligible | Goff, Toni |
| 4/27/2020 10:43:07 CST | Document Download : Extension Request - Position Statement or RFI (Bionca Fluery v. Sodexo. EEOC Charge 461-2020-00654.msg) | Respondent |
| 4/27/2020 10:43:07 CST | Document Download : Extension Request - Position Statement or RFI (Bionca Fluery v. Sodexo. EEOC Charge 461-2020-00654.msg) | Respondent |
| 4/27/2020 10:42:54 CST | Sent document upload confirmation to kim.hansen@sodexo.com | RESPONDENT |
| 4/27/2020 10:42:54 CST | Uploaded Extension Request - Position Statement or RFI (Bionca Fluery v. Sodexo. EEOC Charge 461-2020-00654) | RESPONDENT |
| 4/27/2020 10:32:09 CST | Please select a response to the Mediation Offer on this page by April 17, 2020. If you choose "No", please provide a statement of your position on the issues covered in the charge, with any support Show More | RESPONDENT |
| 4/27/2020 10:32:08 CST | Respondent logged in | RESPONDENT |
| 4/26/2020 23:00:00 CST | Case moved to Enforcement | Toni Goff |

| Date | Action | User |
|---|---|---|
| 4/26/2020 23:00:00 CST | Case assigned to Elaine Jordan | Toni Goff |
| 4/21/2020 11:01:34 CST | Please select a response to the Mediation Offer on this page by April 17, 2020. If you choose "No", please provide a statement of your position on the issues covered in the charge, with any support Show More | RESPONDENT |
| 4/21/2020 11:01:32 CST | Respondent logged in | RESPONDENT |
| 4/20/2020 17:54:55 CST | Charging Party is Undecided about Charge Mediation. | bfleury1223@gmail.com-CP |
| 4/20/2020 17:54:48 CST | Charging Party is Undecided about Charge Mediation. | bfleury1223@gmail.com-CP |
| 4/20/2020 17:48:54 CST | Uploaded Evidence from witnesses provided by CP (witness2.docx) | bfleury1223@gmail.com |
| 4/20/2020 17:45:38 CST | Uploaded Evidence from witnesses provided by CP (Bionca Fleury Performance Review 2019 (1).doc) | bfleury1223@gmail.com |
| **4/20/2020 17:44:40 CST** | Uploaded Correspondence To/From Charging Party (appealsodexo.pdf)  **direct upload (Plainitff)** | bfleury1223@gmail.com |
| 4/2/2020 23:00:00 CST | Case assigned to Toni Goff | Byron Sylve |
| 4/2/2020 23:00:00 CST | J6 - Type Of Mediator Specified | Byron Sylve |
| 4/2/2020 14:36:08 CST | Please select a response to the Mediation Offer on this page by April 17, 2020. If you choose "No", please provide a statement of your position on the issues covered in the charge, with any support Show More | RESPONDENT |
| 4/2/2020 14:36:07 CST | Respondent logged in | RESPONDENT |
| 4/2/2020 14:34:42 CST | Mediation changed to Eligible | Johnson, Mildred B |
| 4/2/2020 14:34:12 CST | PCHP Reassessment completed. Will continue investigation under the current PCHP category. | Johnson, Mildred B |
| 4/2/2020 13:45:08 CST | Document Download : Charge of Discrimination (Signed Charge of Discrimination.pdf) | Juge, Gregory |
| 4/2/2020 10:09:10 CST | Added Legal Rep contact information | RESPONDENT |
| 4/2/2020 10:08:08 CST | Please provide a statement of your position on the issues covered in the charge, with any supporting documentation by May 01, 2020. For guidance on how to best prepare your Position Statement, pleas Show More | RESPONDENT |

| Date/Time | Action | User |
|---|---|---|
| 4/2/2020 10:08:05 CST | Respondent logged in | RESPONDENT |
| 4/1/2020 23:00:00 CST | Case moved to ADR Process | Mildred Johnson |
| 4/1/2020 23:00:00 CST | Case assigned to Elaine Jordan | Mildred Johnson |
| 4/1/2020 23:00:00 CST | Case assigned to Byron Sylve | Mildred Johnson |
| 4/1/2020 23:00:00 CST | Case Status changed to Eligible for Mediation | Mildred Johnson |
| 4/1/2020 16:53:26 CST | Document Download : Charge of Discrimination (Signed Charge of Discrimination.pdf) | bfleury1223@gmail.com |
| 4/1/2020 09:11:35 CST | Viewed Charge of Discrimination | RESPONDENT |
| 4/1/2020 09:11:35 CST | Document Download : Charge of Discrimination (Signed Charge of Discrimination.pdf) | Respondent |
| 4/1/2020 09:06:16 CST | Please provide a statement of your position on the issues covered in the charge, with any supporting documentation by May 01, 2020. For guidance on how to best prepare your Position Statement, pleas Show More | RESPONDENT |
| 4/1/2020 09:06:10 CST | Respondent logged in | RESPONDENT |
| 4/1/2020 09:06:05 CST | Sent password change to EEOC-Sodexochargenotification.usa@sodexo.com | RESPONDENT |
| 4/1/2020 09:06:05 CST | Respondent password changed | RESPONDENT |
| 4/1/2020 09:06:05 CST | Respondent logged in | RESPONDENT |
| 4/1/2020 01:32:01 CST | Uploaded Notice of Charge (Notice of Charge) | imsuser@eeoc.gov |
| 3/31/2020 17:09:41 CST | PCHP Reassessment completed. Will continue investigation under the current PCHP category. | Johnson, Mildred B |
| 3/30/2020 23:00:00 CST | Processing Category ▇▇▇ | Sirwanda Hall |
| 3/25/2020 09:19:44 CST | Uploaded Charge Transmittal (Form 212-A) (Charge Transmittal (Form 212-A)) | Davis, Christa |

| Date/Time | Action | User |
|---|---|---|
| 3/23/2020 17:12:45 CST | Document Download : Charge of Discrimination (Signed Charge of Discrimination.pdf) | bfleury1223@gmail.com |
| 3/23/2020 17:10:34 CST | Document Download : Charge of Discrimination (Signed Charge of Discrimination.pdf) | bfleury1223@gmail.com |
| 3/23/2020 17:09:47 CST | Charging party - bfleury1223@gmail.com successfully logged into Public Portal | bfleury1223@gmail.com-CP |
| 3/23/2020 16:55:49 CST | Charge Of Discrimination uploaded - 461-2020-00654 | bfleury1223@gmail.com-CP |
| 3/23/2020 16:55:48 CST | Charge signed & filed - 461-2020-00654 | bfleury1223@gmail.com-CP |
| 3/23/2020 16:55:39 CST | Uploaded Charge of Discrimination (Signed Charge of Discrimination) | Charging.Party |
| 3/23/2020 11:21:41 CST | Receiving Office Intent selected: Investigate Charge, Deferral office: Louisiana Commission On Human Rights | Hall, Sirwanda |
| 3/22/2020 23:00:00 CST | Charge filed | Sirwanda Hall |
| 3/22/2020 23:00:00 CST | Record of contact with Charging Party | Sirwanda Hall |
| 3/21/2020 23:00:00 CST | Case assigned to Sirwanda Hall | Mildred Johnson |
| 3/20/2020 10:31:26 CST | Supplemental Information added/updated for 461-2020-00654 | bfleury1223@gmail.com-CP |
| 3/19/2020 23:13:52 CST | A 1-day reminder notice is emailed to the PCP.. | Public Portal |
| 3/16/2020 11:52:13 CST | A PCP confirms a scheduled appointment. | bfleury1223@gmail.com-CP |
| 3/15/2020 23:32:12 CST | A 5-day confirmation notice is emailed to the PCP. | Public Portal |
| 2/23/2020 23:24:21 CST | A 20-day reminder notice is emailed to the PCP. | Public Portal |
| 12/31/2019 13:00:04 CST | Supplemental Information added/updated for 461-2020-00654 | bfleury1223@gmail.com-CP |
| 12/31/2019 12:50:59 CST | Supplemental Information added/updated for 461-2020-00654 | bfleury1223@gmail.com-CP |

| Date/Time | Action | User |
|---|---|---|
| 12/31/2019 12:40:58 CST | Supplemental Information added/updated for 461-2020-00654 | bfleury1223@gmail.com-CP |
| 12/31/2019 12:39:32 CST | Supplemental Information added/updated for 461-2020-00654 | bfleury1223@gmail.com-CP |
| 12/31/2019 12:38:33 CST | Supplemental Information added/updated for 461-2020-00654 | bfleury1223@gmail.com-CP |
| 12/31/2019 12:05:41 CST | Appointment Scheduled at 03-23-2020 10:30 US/Central by (bfleury1223@gmail.com) Fleury, Bionca. | bfleury1223@gmail.com-CP |
| 12/18/2019 11:18:15 CST | Online inquiry submitted for New Orleans Field Office | bfleury1223@gmail.com-CP |