# BRIAN PRIDDY

**From:** WAYNE MORGAN
**Sent:** Friday, August 7, 2020 7:46 AM
**To:** Bionca Fleury
**Subject:** RE: Case no#461-2020-00654

**Exhibit F**

Good Morning Ma'am,

Please feel free to upload it in the portal as Position Statement Response (or rebuttal). If you cannot upload it successfully, then please email it to me. If you are successful at uploading it then you do not need to email it to me. Thank you. I hope your father is ok. Have a good day.

Very Respectfully,

*Wayne D. Morgan*
Federal Investigator
U.S. EEOC New Orleans Field Office
500 Poydras St. Suite 809
New Orleans, La. 70130
504-635-2537 direct line
504-595-2884 fax
wayne.morgan@eeoc.gov



WARNING: This document is FOR OFFICIAL USE ONLY and is intended only for the recipient only and may contain privileged or confidential information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with EEOC policy relating to SENSITIVE BUT UNCLASSIFIED information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the originator. Further transmission of LAW ENFORCEMENT SENSITIVE information is limited by The Privacy Act (5 U.S.C. 552(a)) and Trade Secrets Act (18 U.S.C. 1905). If you are not the intended recipient or agent responsible for delivering the information to the intended recipient, unauthorized disclosure, copying, distribution or use of the contents of this transmission is strictly prohibited. If you have received this transmission in error, please call the sender at 504.595.2840 to advise and delete all copies from your system. We do not waive any privilege by virtue of erroneous transmission. Thank you.

**From:** Bionca Fleury <bfleury1223@gmail.com>
**Sent:** Thursday, August 06, 2020 9:52 PM
**To:** WAYNE MORGAN <WAYNE.MORGAN@EEOC.GOV>
**Subject:** Case no#461-2020-00654

Good Afternoon Mr. Morgan,

Hi, This is in regards to case number I just received the email about the position statement that Sodexo provided, and I saw that I missed the date to send in my response to it, I have been taking care of my father with the COVID, and may have miss looked the email, I was wondering if it's too late to send in my response, I have it on hand and can upload it today. Please let me know I see that I can still upload into the system, so I try and add it there if it will allow me to do so.

Thank you
Bionca Fleury

# BRIAN PRIDDY

| | |
|---|---|
| **From:** | Bionca Fleury <bfleury1223@gmail.com> |
| **Sent:** | Wednesday, November 18, 2020 12:52 PM |
| **To:** | WAYNE MORGAN |
| **Subject:** | Case No#461-2020-00654 |

Good Afternoon Mr. Morgan,

Hello, hope all is well, I am emailing you to see if there's an update on the case, if there's anything that I need to do. Thank you for your time.

Thanks
Bionca Fleury

1